
**FILED**
**10/3/2017**


UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

RECEIVED
JUL 27 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Jerry Micheal Plummer
_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

_____

_____

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

1:17-cv-05531
Judge Virginia M. Kendall
Magistrate Judge M. David Weisman
PC 1

Case No: _____
(To be supplied by the <u>Clerk of this Court</u>)

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

    A. Name: Jerry Micheal Plummer

    B. List all aliases: N/A

    C. Prisoner identification number: B-56117

    D. Place of present confinement: Cook County Jail

    E. Address: P.O. Box: 089002, Chicago, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: Eddie Johnson

        Title: Chicago Police Superintendent

        Place of Employment: Chicago Police Department

    B. Defendant: Zydek #

        Title: Police officer #5642

        Place of Employment: Chicago Police Department

    C. Defendant: John Doe(s)

        Title: Chicago Police officer(s)

        Place of Employment: Chicago Police Department

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Jerry Micheal Plummer vs. Insurance Company - Plaintiff can not remember case No

B. Approximate date of filing lawsuit: October 2011

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: Plaintiff is unable to provide defendant name due to time has elapsed

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District

F. Name of judge to whom case was assigned: Plaintiff can not remember Judge name

G. Basic claim made: Auto-Accident Injury Claim

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Case was settled out and dismissed

I. Approximate date of disposition: Plaintiff cant recall disposition

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Plaintiff, is being assisted by a detainee, with minimum knowledge of the law but who's minimum knowledge is above plaintiff's knowledge. On July 25th 2015 plaintiff was arrested and beaten by Chicago Police. This arrest was reported falsely by C.P.D in that the false report states that A/O's responded to call of person with a Gun/shots fired in that subject in a white shirt blue Jeans and long hair had Just shot at a building and at a victim. No 911 call exist that supports these Official(s) report. These Officer stated that they arrived and observed male matching description walking w/b into a vacant lot and that A/o's approaches and ordered subject to stop, subject refused to stop and fled on foot. A/O's alleged that they never lost sight of subject A/o Zyper #5642 observed subject remove a large chrome Handgun from his waistband. This is an untruth, there's No Prints belonging to Plaintiff on a gun Allegedly retrieved by these A/o's, No "G.S.R" was ever performed. Plaintiff asserts that multiple Law officials Jumped out on plaintiff demanding with guns drawn to lay down, after Plaintiff Just ran across the street to beat ~~traffic~~ on coming traffic. These law official(s) reported that they performed a emergency Take down — Plaintiff never had a chance to comply with these arresting officer

4  Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

These officials became physically abusive. Plaintiff, wasn't doing anything unusual at the time of his arrest. Plaintiff, repeated what was he doing wrong? plaintiff, was told to shut up. And then begin being beaten with batons to the legs and torso. Plaintiff balled into a fetal position and then was ultimately kicked in the head where plaintiff was "knocked semi-unconscious" and plaintiff, became awaken to being cuffed and escorted to Jail. Plaintiff later was told that he was being charged with multiple counts. (1) UUW, Aggravated Assault/Discharge firearm, Agg Assault Pc officer, Battery, Resisting Obstructing off/corr/emp, And Armed Habitual Criminal. Plaintiff, had a preliminary hearing where in that plaintiff was ultimately charged with #8 counts but the State Nolle pros Counts 1,2,4,5,6,7,8. The state kept the Armed habitual #3 but later brong all charges back which I have explained to plaintiff that they could. Plaintiff asserts that a hand gun as Alleged by the police was found but plaintiff asserts that doesn't belong to him, neither was plaintiff in possession of it. They These officals falsified reports and created in their reports an emergency take down. Plaintiff wasn't resisting arrest, Plaintiff wasn't fleeing from law officals, plaintiff was avoiding traffic and jogging on his way home, when these officers, unreasonably assaulted and detained plaintiff which turnt out later reported, a family dispute. Plaintiff asserts that these Law officals violated his 4th and 14th Amendment to the United States Constitution. These Officals Superintendent Eddie Johnson, Officer Zydek #5642, and officers John

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Wherefore plaintiff, demands Judgement against those Defendants with intrest for actual and Consequential Damages, Punitive and exemplary damages and these officals penalized by the Force for falsifying reports and Arrest and any other relief deemed by the trier of fact to be just fair and appropriate

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this July day of 23 , 20 17

_Jerry Micheal Plummer_
(Signature of plaintiff or plaintiffs)

_Jerry Micheal Plummer_
(Print name)

2015 0726007
(I.D. Number)

P.O. Box: 089002
Chicago, IL 60608

(Address)

Doe(s) all have violated plaintiff Constitutional Rights these defendants are in violation of plaintiff 4th, 5th, and 14th Amendment to the United States Constitution and In Violation of Article 2, 6, 8, and 12 of the Illinois Constitution and Illinois Supreme Court Rules.

Wherefore, plaintiff, demands Judgement against these defendants with intrest for actual and Consequential Damages, Punitive and exemplary damages and that these official(s) be penalized by the Police force for falsifying reports and arrest and any other relief deemed by the trier of fact to be Just fair and appropriate.

Respectfully Submitted
Sign x Jerry Micheal Plummer
Print Jerry Micheal Plummer

P.O. Box 084002
Chicago ILL 60608     Dated 7-23-17



Jerry Micheal Plummer #20150726067
Div 10 3C
P.O. Box: 089002
Chicago, IL 60608



1:17-cv-05531
Judge Virginia M. Kendall
Magistrate Judge M. David Weisman
PC 1

07/27/2017-36



United States District Court
219 S. Dearborn Street 20th Floor
Chicago, IL, 60604