FILED
OCT 23 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Jerry Micheal Plummer       CASE NO: 1:17-cv-05531
          vs
Bryan L. Zydek              Honorable Virginia M. Kendall

"Response To Docket Entry"

Now come Plaintiff Jerry Micheal Plummer, by the aid of a detainee, responding back to a docket entry that was made by the clerk on Friday, October 13, 2017: Granting Plaintiff's motion Rule 15(c)'s provisions Allowing Relation back to original complaint. Plaintiff states as follow:

1) Plaintiff can name the John Doe's Burg #8204 and Solomon #19766.

2) Plaintiff at the time of filling the 1983, did not have the other Officer's names that was involve and participated in this act of injusticed.

Wherefore, Plaintiff pray that this Court grant plaintiff's motion Rule 15(c)'s provision Allowing relation back to original complaint.

Respectfully Submitted      Date 10/13/17
x sign  Jerry Micheal Plummer       P.O. Box 089002
x print Jerry Micheal Plummer       Chicago, IL 60608
                                    #20150726067

Jerry Micheal Plummer
P.O. Box. 089002
Chicago, IL 60608

#20150722007
Div 10 3C 05

2017 OCT 23 AM 9:13
CLERK
U.S. DISTRICT COURT

S SUBURBAN IL 604
18 OCT 2017 PM 4 L

Office of Clerk of The U.S.
District Court United State
Court House
219 South Dearborn Street
Chicago, IL 60604



FOREVER / USA