FILED
OCT 18 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JG

UNITED STATES DISTRICT COURTS
NORTHERN DISTRICT OF ILLINOIS

Jerry Micheal Plummer,                CASE NO: 17-CV-5531

        VS.                            HONORABLE: VIRGINIA M. KENDALL

Eddie Johnson, ET AL.,

## CHANGE OF Address

Change of address

Now comes plaintiff with the aid of a detainee, here by asking this honorable Court to grant this motion for Change of Address.

1) Plaintiff never had a chance to be available for telephonic 8-20-2019 due to medical issues. And plaintiff was never called, 9-30-2019 reason plaintiff never know.

2) Plaintiff last court date was 10-01-2019, plaintiff received at sentence six years at 85%. Plaintiff is now in Illinois River Correctional Center P.O. Box: 999, Canton. Illinois, 61520, Plaintiff only ask that you grant plaintiff Change of Address Motion.

And Respectfully Submitted
sign x Jerry Micheal Plummer
print x Jerry Micheal Plummer                    10/10/19

P.O. Box: 999
Canton, IL, 61520

I.D.O.C.
B-56117
C.C.D.O.C. 20150726067

Jerry Plummer 
+ P.O. Box: 999
CANTON, IL, 61520

PEORIA IL 616

15 OCT 2019 PM 1 T


Barn Swallow

THIS CORRESPONDENCE
IS FROM AN INMATE
OF THE ILLINOIS
DEPARTMENT OF CORRECTIONS


2019 OCT 18 AM 7:51


10/18/2019-8

OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
219 South DEARBORN STREET
Chicago, Illinois, 60604

6060431894