# UNITED STATES DISTRICT COURTS
# NORTHERN DISTRICT OF ILLINOIS

**FILED**
DEC 11 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Jerry Micheal Plummer

vs.

Zydek, et al.,

CASE NO: 17-CV-5531

Honorable: Virginia M. Kendall

## Motion for new court date, and Appointment of Counsel.

Now comes plaintiff with respect of the courts, here by ask that this Honorable Judge grants this Motion for new court date, and Appointment of Counsel.

1) Plaintiff on 11-12-19, was unable to hear or understand what was being said. Do to the Volume, plaintiff ask to have what was said be writing to him in a letter.

2) Plaintiff is asking for Appointment of Counsel, because plaintiff has been Aided by a pre-trial detainee. Plaintiff is no long around that pre-trial detainee, so plaintiff only ask that of the courts, because plaintiff do not understand legalese.

3) Plaintiff did not receive has copy of the Motion that the State Attorney, was order to file. State's Motion was to have two out of three claims dismissed, but the State failed to meet the dead line Dec 04, 2019.

4) Plaintiff never received a Motion from the State, Dec 04, 2019. So plaintiff is responding to let the courts know that he never received any Motion.

5) Plaintiff has fault his criminal case for fifty two month, and has had this civil case for twenty seven months with no counsel. Plaintiff ask that you only grant him appointment of counsel, a counsel to help him fight and win has civil case.

6) Plaintiff is asking to know the next court date, and thanks the Honorable Courts for granting his motion for appointment of counsel.

And Respectfully Submitted
Sign: x Jerry Micheal Plummer
print: x Jerry Micheal Plummer

12-04-19

P.O. Box: 999
Canton, IL, 61520

I.D.O.C. #B-56117

Jerry Micheal Plummer A12 #B-56117

P.O. Box: 999
CANTON, IL, 61520

12/11/2019-23

OFFICE OF
CLERK OF THE U.S. DISTRICT COURTS
UNITED STATES COURTHOUSE
219 SOUTH DEARBORN STREET
Chicago, ILLINOIS, 60604

Case: 1:17-cv-05531 Document #: 70 Filed: 12/11/19 Page 4 of 4 PageID #:269



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

Legal Mail

© USPS 2016