## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Jerry Micheal Plummer
                     Plaintiff,

v.                                                     Case No.: 1:17−cv−05531
                                                     Honorable Virginia M. Kendall

Eddie Johnson, et al.
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 1, 2020:

      MINUTE entry before the Honorable Virginia M. Kendall. Teleconference Status hearing held on 7/1/2020. Plaintiff appeared via Teleconference. End of Fact Discovery ordered closed by 10/30/2020. End of Fact Discovery Status hearing set for 11/3/2020 at 9:00 AM. Defendant is granted leave to depose incarcerated Plaintiff. Plaintiff advised he is being released in July and supplied updated addressed. The courtroom deputy updated Plaintiff's address on the docket. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.