IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Jerry M. Plummer,

Plaintiff(s),

v.

Officer Zydek,

Defendant(s).

Case No. 17 C 5531
Judge Franklin U. Valderrama

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $ ,

  which ☐ includes  pre–judgment interest.
     ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Case dismissed with prejudice for want of prosecution and for failure to comply with Court orders.

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☒ decided by Judge Franklin U. Valderrama on a motion.

Date: 7/15/2021

Thomas G. Bruton, Clerk of Court

Analeah Charles, Deputy Clerk