# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Jerry Micheal Plummer

                       Plaintiff,

v.                                            Case No.: 1:17−cv−05531
                                            Honorable Franklin U. Valderrama

Eddie Johnson, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 15, 2021:

        MINUTE entry before the Honorable M. David Weisman: In light of the District Judge's termination of this case Dkt no. [115], all matters relating to the referral of this case have been resolved. Status hearing set for 8/17/21 before Magistrate Judge Weisman is hereby stricken with no appearance required. Referral terminated. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.